FILED
Charlotte, NC

FEB 24 2023

Clerk, US District Court
Western District NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23cr52-RJC |
| | ) | |
| | ) | BILL OF INDICTMENT |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g) |
| | ) | |
| CORDERO LAMONT MCCOY | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Prohibited Person)*

On or about July 26, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**CORDERO LAMONT MCCOY**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, those are, one (1) Glock pistol, model 27, .40 caliber handgun, one (1) Glock pistol, model 21, .45 ACP handgun, one (1) Anderson Manufacturing, model AM-15, .300 Blackout caliber rifle, and one (1) American Tactical, Omni Hybrid, 5.56/.223 caliber rifle, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) Glock pistol, model 27, .40 caliber (RUA542)
(b) Glock pistol, model 21, .45 ACP (DET852)
(c) Anderson Manufacturing, model AM-15, .300 Blackout (19210778)
(d) American Tactical, Omni Hybrid, 5.56/.223 caliber (NS189840) and all associated magazines and ammunition seized on or about July 29, 2022.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY