Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ◯ YES   ⦿ NO

**DOCKET NUMBER:** 3:23 cr 52-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs CORDERO LAMONT MCCOY

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

- *Magistrate Judge Case Number* :
- *Search Warrant Case Number* :
- *Miscellaneous Case Number* :
- *Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ⦿ Felony

18 U.S.C. § 922(g)

**JUVENILE:**   ◯ Yes   ⦿ No

**ASSISTANT U. S. ATTORNEY** : BRANDON BOYKIN

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**